## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**TAMMY FRANCIS**                                                                                          **PLAINTIFF**

**v.**                                                                     **CIVIL ACTION NO.  3:21-CV-3-GNS**

**ABM INDUSTRIES INCORPORATED et al**                                               **DEFENDANT**

### REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on July 22, 2021 via video conference. Settlement negotiations were conducted but the parties were unable to reach an agreement.

The parties have agreed to continue settlement negotiations. Counsel shall file a joint status report no later than **July 30, 2021**.

Copies to Counsel of Record

TIC:  6/00