UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| TAMMY FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-0003-GNS |
| | ) |
| ABM INDUSTRIES INCORPORATED, et al., | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

\*\*\* \*\*\* \*\*\*

By agreement of the Plaintiff, Tammy Francis ("Plaintiff"), and Defendants, AMB Industries, Incorporated and Compass Group USA, Inc. ("Defendants"), by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims asserted by Plaintiff in this action are **SETTLED AND DISMISSED WITH PREJUDICE**. Except as otherwise agreed, each party is to bear its own costs and attorneys' fees.

Greg N. Stivers, Chief Judge
United States District Court

September 24, 2021

FP 41741677.1

AGREED TO THIS 23th day of September 2021.

| | |
|---|---|
| */s/ Ryan Martin (w-permission)* | */s/ Craig P. Siegenthaler* |
| Ryan M. Martin | Craig P. Siegenthaler |
| Jackson Lewis P.C. | FISHER & PHILLIPS LLP |
| 201 E. Fifth Street, 26th Floor | 220 West Main Street, Suite 2000 |
| Cincinnati, OH 45202 | Louisville, Kentucky 40202 |
| Telephone: (513) 898-0050 | Telephone (502) 561-3985 |
| Fax: (513) 898-0051 | Facsimile: (502) 561-3991 |
| E-mail: ryan.martin@jacksonlewis.com | E-mail: csiegenthaler@fisherphillips.com |
| COUNSEL FOR DEFENDANT AMB INDUSTRIES, INC. | COUNSEL FOR COMPASS GROUP USA, INC. |

*/s/Charles W. Miller (w-permission)*
Charles W. Miller
T. Ryan Greer
CHARLES W. MILLER & ASSOCIATES
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 583-2300
Fax: (502) 583-2300
Email: cmiller@cwmassociates.com
      rgreer@cwmassociates.com

COUNSEL FOR PLAINTIFF
TAMMY FRANCIS